# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VARTAN A. KOULADJIAN,<br><br>Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and MASTER RECOVERY AUTO INSURANCE AUCTION, INC. LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No. 2:14-cv-05959 DDP (SSx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>[CLOSED] |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own attorneys' fees and costs.

DATED: May 05, 2015

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE